UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-21243-KMW

MARIO TAVAROUS YOUNG,

    Petitioner,

vs.

UNITED STATES OF AMERICA

    Respondent.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 8) ("Report") regarding Petitioner's petition for writ of habeas corpus. Petitioner did not file objections to the Report and the time to do so has now passed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 8) are **AFFIRMED AND ADOPTED**.
2. This action is **DISMISSED**.
3. No certificate of appealability shall issue.
4. All pending motions are **DENIED AS MOOT**.
5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>28th</u> day of April, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:

Mario Tavarous Young
04972-104
United States Penitentiary
Inmate Mail / Parcels
Post Office Box 150160
Atlanta, GA 30315